# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

MADISON PARK INVESTORS, LLC.,

                Plaintiff,

           -against-

THOMAS O'DONNELL, GARY SMITH,
ALBERT S. LAGANO, P.A., ALBERT S.
LAGANO,

                Defendant.

---------------  -----------------------------------------X

07 CIVIL 2617 (GEL)
CERTIFICATION OF JUDGMENT
FOR REGISTRATION IN
ANOTHER DISTRICT
Judgment #07,1256

8:07-mc-0079-T-17 TGW

      I, J. Michael McMahon, Clerk of this United States District Court certify that the attached is a true and correct copy of the judgment entered in this action on July 2, 2007 as it appears in the records of this court, and that:

☒ No notice of appeal has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

☐ No notice of appeal has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure have been disposed of, the latest orders disposing of such a motion having been entered on _____.

☐ An appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on _____.

☐ An appeal was taken from this judgment and the appeal was dismissed by order entered on _____.

      IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court on August 23, 2007.

                                                           **J. Michael McMahon**

                                                                   **Clerk**

                                                       **(By) Deputy Clerk**

---------------------------------------------------X
MADISON PARK INVESTORS, LLC,

        Plaintiff,

        v.

THOMAS O'DONNELL, GARY SMITH,
ALBERT S. LAGANO, P.A., ALBERT S.
LAGANO,

        Defendants.
---------------------------------------------------X

Civil No.: 07-CV-2617 (GEL) (MHD)

**ORDER AND JUDGMENT**

#07,1256

DATE FILED: 6/29/07

The First Cause of Action herein against Smith, as guarantor, having been decided upon by a Judgment of this court, on plaintiff's application for judgment by default, based on the defendants' failure to answer the Summons and Complaint, and there appearing good grounds therefore, it is,

**ORDERED AND ADJUDGED:**

1. That the plaintiff, Madison Park Investors, LLC, recover of the defendant, Gary Smith, on its complaint the sum of $550,000 plus pre-judgment interest calculated through May 31, 2007, in the sum of $51,333, plus legal fees and expenses, as contractually agreed, in the amount of $54,470, for a total sum of $655,803, with pre-judgment interest of $241, per day, from June 1, 2007 to entry of judgment, together with costs and interest, therefore,

2. The Clerk is ordered and directed to enter judgment accordingly.

ENTER
Dated: June 28, 2007

Honorable Judge Gerard E. Lynch

THIS DOCUMENT WAS
ON THE DOCKET ON _____

A CERTIFIED COPY
J. MICHAEL McMAHON, CLERK
BY _____
    DEPUTY CLERK

MICROFILM JUL -3 2007 -12:08 PM

{NY060233.1}